UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.L. I and D.L. II, individually and on behalf of A.L., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | 26-CV-4550 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on May 29, 2026. *See* Dkt. 1. Under Federal Rule of Civil Procedure 4(m), a defendant must be served "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the Court." Fed. R. Civ. P. 4(l)(1). The 90-day period expired on August 27, 2026, and Plaintiffs have not filed proof of service on the docket. Accordingly, it is hereby:

ORDERED that, no later than October 9, 2026, Plaintiffs shall file proof of service or a letter indicating why the Court should not dismiss the action without prejudice pursuant to Rule 4(m).

SO ORDERED.

Dated: October 2, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge