UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.L. I and D.L. II, individually and on behalf of A.L., a minor,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-4550 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 8, 2026, Plaintiffs filed an affidavit of service stating that Defendant was served on September 4, 2026. Dkt. 6. Defendant's answer was due on September 25, 2026. Defendant has entered an appearance, *see* Dkt. 4, but has not filed an answer to the Complaint. Defendant shall do so or seek an extension by October 23, 2026.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge